**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CARL DAVIS                                                                                      PLAINTIFF

V.                                      NO: 5:08CV00130 JMM/HDY

W.C. BRASSELL
DETENTION CENTER *et al.*                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant W.C. Dub Brassell Detention Center are DISMISSED WITH PREJUDICE, and its name is removed as a party Defendant.

DATED this 30th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE