**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CARL DAVIS                                                                                                PLAINTIFF

V.                                         NO: 5:08CV00130 JMM

W.C. BRASSELL
DETENTION CENTER *et al.*                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE